UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21279-CIV-MORENO/DUBÉ

IZEAR WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Unopposed Motion to Dismiss Complaint filed by the Plaintiff (D.E. #19) pursuant to a Clerk's Notice of Magistrate Judge Assignment entered by the Clerk of Court, United States District Court for the Southern District of Florida. This Court has reviewed the Motion and the file in this cause.

The Plaintiff has filed a complaint seeking review of a decision denying his applications for supplemental security income and disability insurance benefits. (D.E. #1). However, the Plaintiff filed the present Unopposed Motion to Dismiss Complaint with prejudice. (D.E. #19). The Plaintiff's Motion notes that the Government has no objection to the relief requested. Therefore, this Court recommends that the Unopposed Motion to Dismiss Complaint (D.E. #19) be **GRANTED** and that this cause be **DISMISSED with prejudice**.

**DONE AND ORDERED** this __29__ day of August, 2012.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE