UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number:
12-21279-CIV-MORENO

IZEAR WILLIAMS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **April 3, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 20)** on **August 30, 2012**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation **(D.E. No. 20)** on **August 30, 2012** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Unopposed Motion to Dismiss **(D.E. No. 19)** is GRANTED and this case is DISMISSED with prejudice. All other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of October, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Robert L. Dubé
Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21279-CIV-MORENO/DUBÉ

IZEAR WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Unopposed Motion to Dismiss Complaint filed by the Plaintiff (D.E. #19) pursuant to a Clerk's Notice of Magistrate Judge Assignment entered by the Clerk of Court, United States District Court for the Southern District of Florida. This Court has reviewed the Motion and the file in this cause.

The Plaintiff has filed a complaint seeking review of a decision denying his applications for supplemental security income and disability insurance benefits. (D.E. #1). However, the Plaintiff filed the present Unopposed Motion to Dismiss Complaint with prejudice. (D.E. #19). The Plaintiff's Motion notes that the Government has no objection to the relief requested. Therefore, this Court recommends that the Unopposed Motion to Dismiss Complaint (D.E. #19) be **GRANTED** and that this cause be **DISMISSED with prejudice**.

**DONE AND ORDERED** this ___29___ day of August, 2012.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE